### 18279. OLIVER *v.* THE STATE.

BROYLES, C. J. 1. The alleged newly discovered evidence is cumulative and impeaching and is not of such a character as would probably cause a different verdict upon another trial. Furthermore, the affidavits in support of the witness upon whose newly discovered evidence a new trial is sought are defective in that they fail to give the names of his associates. *Ivey* v. *State,* 154 *Ga.* 63 (6) (113 S. E. 175).

2. The verdict was authorized by the evidence and the denial of a new trial was not error.

 *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

 DECIDED JULY 26, 1927.

Criminal Law, 16 C. J. p. 1199, n. 56; p. 1201, n. 58; p. 1202, n. 70; p. 1230, n. 66; 17 C. J. p. 252, n. 16; p. 271, n. 41.

Possessing and selling liquor; from Houston superior court—Judge Mathews.  May 14, 1927.

*J. W. Bloodworth, M. Kunz,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.